
KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
CATHERINE WOODBRIDGE GUESS, State Bar No. 186186
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8216
 Fax: (916) 322-8288
 E-mail: Catherine.Woodbridge@doj.ca.gov
*Attorneys for Defendants Galley and Manciu*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK NOBILI,**<br><br>                                          Plaintiff,<br><br>      v.<br><br>**CALIFORNIA HIGHWAY PATROL; OFFICER GALLEY; OFFICER MANCIU; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,**<br><br>                                          Defendants. | 2:12-CV-2804 MCE GGH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

   The parties, by and through their counsel, agree and jointly request that this Court enter an order continuing the March 5, 2015, hearing on Defendants Galley and Manciu's Motion for Summary Judgment to April 16, 2015.

DATED: February 19, 2015          LAW OFFICES OF JESSE ORTIZ


                                  By: /s/ Jesse Ortiz
                                  Attorneys for Plaintiff Mark Nobili

1

Dated:  February 19, 2015

KAMALA D. HARRIS
ATTORNEY GENERAL OF CALIFORNIA

By: /s/ Catherine Woodbridge Guess
Catherine Woodbridge Guess
Attorneys for Defendants Galley and Manciu

## ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT ON

## STIPULATION OF THE PARTIES

The Court, after considering the stipulation of the parties and the reason therefore does hereby order:

1.  The hearing on Defendants Galley and Manciu's Motion for Summary Judgment is continued to Aril 16, 2015.  All briefing shall be in accordance with the continued date.

IT IS SO ORDERED.

Dated:  February 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT