1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  ALBERTO L. GONZALEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  CATHERINE WOODBRIDGE, State Bar No. 186186
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 445-8216
6   Fax: (916) 322-8288
    E-mail: Catherine.Woodbridge@doj.ca.gov
7  *Attorneys for Defendants California Highway Patrol
   Officers Galley and Manciu*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK NOBILI,**<br><br>                                          Plaintiff,<br><br>     v.<br><br>**CALIFORNIA HIGHWAY PATROL; OFFICER GALLEY; OFFICER MANCIU; and CALIFORNIA DEPARTMENT OF MOTOR VEHICLES,**<br><br>                                          Defendants. | 2:12-CV-2804 MCE GGH<br><br>**STIPULATION AND REQUEST FOR DISMISS; ORDER OF DISMISSAL**<br><br>Action Filed: November 12, 2012 |

The parties hereto, Plaintiff Mark Nobili and Defendants California Highway Patrol Officers Brian Galley and Alex Manciu, by and through their attorneys, have reached a resolution of this matter. As a result, the parties hereby stipulate and agree as follows:

1. Plaintiff seeks voluntary dismissal of this matter against defendants Galley and Manciu with prejudice.

2. Each party agrees to bear his own costs and fees.

Dated: July ___, 2016            Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
ALBERTO L. GONZALEZ
Supervising Deputy Attorney General


CATHERINE WOODBRIDGE
Deputy Attorney General
*Attorneys for Defendants California Highway Patrol Officers Brian Galley and Alex Manciu*

Dated: July ___, 2016

_____

Jesse Ortiz

The Law Offices of Jesse Ortiz

Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation (ECF No. 53), this matter is DISMISSED with prejudice against Defendants Brian Galley and Alex Manciu. Each party shall bear his/her own costs. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: August 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE